| | | | |
|---|---|---|---|
| Com. v. Butler | 251 MDA 2016<br>Affirmed | 01/10/2017 | CP–22–CR–0000137–2014<br>(Dauphin) |
| Com. v. Hernandez | 368 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/10/2017 | CP–40–CR–0002927–1994<br>(Luzerne) |
| Com. v. Smith | 377 MDA 2016<br>Affirmed | 01/10/2017 | CP–49–CR–0000883–2014<br>(Northumberland) |
| Com. v. Roberts | 528 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/10/2017 | CP–06–CR–0005562–2013<br>(Berks) |
| Com. v. Larnerd [10] | 547 MDA 2016<br>Vacated and<br>Remanded | 01/10/2017 | CP–38–CR–0000943–2014<br>(Lebanon) |
| Premier Comp Solutions v. UPMC Health Network | 1398 WDA 2015<br>Quashed | 01/10/2017 | GD 15–007247<br>(Allegheny) |
| Com. v. Mobley | 642 EDA 2011<br>Remanded<br>Jurisdiction<br>Retained | 01/11/2017 | CP–51–CR–0004178–2007<br>(Philadelphia) |
| Com. v. Clark | 2550 EDA 2014<br>Affirmed | 01/11/2017 | CP–51–CR–0010491–2008<br>(Philadelphia) |
| Com. v. Graffigna | 2714 EDA 2015<br>Affirmed and<br>Vacated | 01/11/2017 | CP–51–CR–0013727–2014<br>(Philadelphia) |
| Lingham v. Faison | 530 EDA 2016<br>Affirmed | 01/11/2017 | No. 140903148<br>(Philadelphia) |
| Com. v. Dicks | 602 EDA 2016<br>Affirmed | 01/11/2017 | CP–51–CR–0006898–2015<br>(Philadelphia) |
| Com. v. Stone | 1472 EDA 2016<br>Affirmed | 01/11/2017 | CP–46–CR–0008090–2008<br>(Montgomery) |
| Com. v. Salko | 1967 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/11/2017 | CP–40–CR–0002004–2015<br>(Luzerne) |
| Com. v. Lewis [11] | 268 MDA 2016<br>Affirmed | 01/11/2017 | CP–06–CR–0004451–2015<br>(Berks) |

10. Petition for reargument denied March 22, 2017.
11. Petition for reargument denied March 23, 2017.